JOHN NORRIS, Respondent, *v.* THE BROOKLYN CITY RAILROAD COMPANY, Appellant.

(Argued October 10, 1894; decided October 30, 1894.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made June 26,

---

* Reported below, 78 Hun, 28.

1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Morris & Whitehouse* for appellant.

*Isaac H. Maynard* for respondent.

Agree to affirm; no opinion.
All concur, except GRAY, J., taking no part.
Judgment affirmed.